**Order entered May 19, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00114-CV

**AUSTIN JOCKEY CLUB, LTD., Appellant**

**V.**

**DALLAS CITY LIMITS PROPERTY CO., L.P., Appellee**

**On Appeal from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 08-11846**

## ORDER

We **GRANT** appellant's May 15, 2014 unopposed second motion for an extension of time to file a brief. Appellant shall file its brief on or before **June 25, 2014**. We caution appellant that no further extension of time will be granted absent extraordinary circumstances.

/s/ ADA BROWN
JUSTICE